UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23192-CIV-ALTONAGA/Damian

PABLO ROGER,

    Plaintiff,
v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On November 9, 2022, the Court entered an Order Setting Trial and Pre-Trial Schedule [ECF No. 13]. The Scheduling Order required the parties to jointly file, by November 29, 2022, a proposed order selecting a mediator and scheduling the time, date, and place for that mediation. (*See id.* 1). After the parties failed to comply, the Court to issue another Order on November 30, 2022 [ECF No. 16]. The November 30, 2022 Order directed the parties to submit their proposed order scheduling mediation by December 2, 2022 and warned that a failure to do so could "result in a dismissal without prejudice and without further notice." (*Id.* 1).

On December 2, 2022, Defendant, GS Services Limited Partnership, filed a Response to Court's November 30, 2022 Order [ECF No. 17], explaining that Defendant's counsel "reached out to Plaintiff['s counsel]" on two separate occasions, but "still has not received a response . . . [and thus] cannot file a joint proposed order scheduling mediation[.]" (*Id.* 1 (alterations added)). Accordingly, it is

CASE NO. 22-23192-CIV-ALTONAGA/Damian

**ORDERED AND ADJUDGED** that the case is **DISMISSED** without prejudice. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 5th day of December, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record